UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

ALLISSA JO SILVER,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. CR25-224-JHC

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE

THE COURT has considered Allissa Silver's unopposed motion to extend the pretrial motions deadline along with the records in this case.  Dkt. # 19.

IT IS ORDERED that the due date for pretrial motions is extended from February 13 to February 20, 2026.

DONE this 13th day of February 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Silver*, No. CR25-224-JHC) - 1