UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR25-224-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| ALLISSA JO SILVER, | ) | |
| Defendant. | ) | |

THE COURT has considered Allissa Silver's unopposed motion to extend the pretrial motions deadline along with the records in this case. Dkt # 22. The Court GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from February 20, 2026, to February 24, 2026.

DONE this 20th day of February 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Silver*, No. CR25-224-JHC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**