UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-224-JHC |
| Plaintiff, | |
| | SCHEDULING ORDER |
| v. | |
| ALLISSA JO SILVER, | |
| Defendant. | |

The Court, having reviewed the stipulated motion (Dkt. # 28) and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures:        August 21, 2026

- Pretrial motions:        August 31, 2026

- Defense expert disclosures and        September 4, 2026
  Government 404(b) and 609 notice:

- Responses to pretrial motions        September 8, 2026

- Replies to pretrial motions:        September 14, 2026

- Government rebuttal expert disclosures:        September 18, 2026

- Motions in limine:    September 25, 2026

- Responses to motions in limine:    October 2, 2026

- Pretrial conference:    TBD

- Trial date:    October 13, 2026

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 3rd day of June, 2026.

John H. Chun
United States District Judge

Scheduling Order - 2
*United States v. Allissa Jo Silver* / CR25-224-JHC