UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALLISSA JO SILVER,<br>Defendant. | NO. CR25-224-JHC<br><br>SCHEDULING ORDER |

The Court, having reviewed the stipulated motion (Dkt. # 33) and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures: December 4, 2026
- Defense expert disclosures and Government 404(b) and 609 notice: December 18, 2026
- Pretrial motions: December 28, 2026
- Responses to pretrial motions: January 6, 2027
- Government rebuttal expert disclosures: January 8, 2027

- Motions in limine: January 22, 2027
- Responses to motions in limine: January 29, 2027
- Pretrial conference: TBD
- Trial date: February 8, 2027

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 20th day of August, 2026.

John H. Chun
United States District Court